IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAUNTWAN BARNES,

    Plaintiff,

v.                                    CASE NO. 4:18cv270-RH/CAS

JULIE JONES,

    Defendant.

_____/

## ORDER OF DISMISSAL

This is a prisoner civil-rights case. On June 7, 2018, the magistrate judge ordered the plaintiff to pay the filing fee or move to proceed *in forma pauperis*. The plaintiff did not comply, and the deadline passed. On July 16, 2018, the magistrate judge issued a report and recommendation concluding that the case should be dismissed. As the report and recommendation correctly concluded, "It appears Plaintiff has abandoned this litigation." ECF No. 4.

The case is before the court on the report and recommendation. No objections have been filed.

This record fully supports the conclusion that the plaintiff has abandoned the case. In addition, the court's records show that shortly before the plaintiff filed this

case, the plaintiff filed a separate, related case, No. 4:18cv261-MW-CAS. In that case the plaintiff filed an amended complaint and moved for leave to proceed *in forma pauperis*. The only reasonable conclusion is that the plaintiff has chosen to proceed in that case but has abandoned this one. And in any event, the plaintiff has not paid the filing fee or moved for leave to proceed *in forma pauperis* in this case. The report and recommendation correctly concludes that dismissal is appropriate.

For these reasons,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on August 27, 2018.

s/Robert L. Hinkle<br>
United States District Judge